IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3079 |
| vs. | FINAL ORDER OF FORFEITURE |
| DARRELL W. JENKINS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 42).

On April 4, 2016, the Court entered a Preliminary Order of Forfeiture (filing 38) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 30 and 32. By way of the Preliminary Order of Forfeiture, the defendant's interest in the following properties were forfeited to the plaintiff:

- HP Laptop, TPN-1108, Serial #SCG344400P
- iPad, Serial #DMPNP874GSWT
- Nextbook notebook laptop, Serial #YFG0115001565
- White Motorola cell phone, XT1042
- Black Motorola cell phone, XT830C
- iPhone 6 Plus
- Compaq Presario CQ56 laptop
- Polaroid tablet
- Samsung cell phone, serial #A3LSCHR830
- Unmarked thumb drive
- Nikon CoolPix S4100 digital camera, serial #33352646
- SanDisk wireless flash drive
- Android cell phone

Filing 38.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 5, 2016, on an official Internet government forfeiture site,

www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 41) was filed on June 8, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 42) is granted.

2. All right, title, and interest in and to the following property held by any person or entity are forever barred and foreclosed:

    - HP Laptop, TPN-1108, Serial #SCG344400P
    - iPad, Serial #DMPNP874GSWT
    - Nextbook notebook laptop, Serial #YFG0115001565
    - White Motorola cell phone, XT1042
    - Black Motorola cell phone, XT830C
    - iPhone 6 Plus
    - Compaq Presario CQ56 laptop
    - Polaroid tablet
    - Samsung cell phone, serial #A3LSCHR830
    - Unmarked thumb drive
    - Nikon CoolPix S4100 digital camera, serial #33352646
    - SanDisk wireless flash drive
    - Android cell phone

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 9th day of June, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge