IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15-CR-3079 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DARRELL W. JENKINS, | |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion for copies (filing 69).

IT IS ORDERED:

1. The defendant's motion for copies (filing 69) is granted.

2. The Clerk of the Court shall send a copy of the defendant's compassionate release investigation (filing 60), along with a copy of this order, to the defendant at the address contained in filing 69.

Dated this 3rd day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge