IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3079 |
| vs. | |
| DARRELL W. JENKINS, | ORDER |
| Defendant. | |

The defendant has filed a motion for compassionate release (filing 109) pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Accordingly,

IT IS ORDERED:

1.  The Office of U.S. Probation and Pretrial Services shall promptly conduct a compassionate release investigation, prioritizing the collection of medical records relevant to the defendant's claim.

2.  The Office of U.S. Probation and Pretrial Services shall, as soon as the defendant's medical records are obtained, file those records as sealed documents in this case. The compassionate release investigation report shall, when complete, be filed as a restricted document in this case.

3.      The Clerk of the Court shall set a case management deadline for March 16, 2026 with the following docket text: Check for medical records and compassionate release investigation report.

4.      The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Brandon Maxon.

Dated this 12th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

- 2 -